FILED-CLERK
U.S. DISTRICT COURT
2008 MAR -4 PM 12:21
TX EASTERN-MARSHALL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

Jerry David Harthcock,
Plaintiff,

v

MIPS TECHNOLOGIES, INC ; et al ,
Defendants

Civil Action No.: 2:07-cv-00515-LED-CE

**NOTICE OF VOLUNTARY DISMISSAL**

All Defendants in the above styled civil action are hereby notified that Jerry David Harthcock, Plaintiff in said civil action as well as owner of all right, title, and interest in United States Patent 7,073,048 CASCADED MICROCOMPUTER ARRAY AND METHOD (the first page of which is attached hereto as EXHIBIT 1), not only offers to each and every Defendant named in said civil action a non-exclusive license (with reasonable terms) under said patent, but also, herewith, voluntarily dismisses this civil action as to each and every Defendant, without prejudice, pursuant to Rule 41(a)(1)(A) (i) of the Federal Rules of Civil Procedure

Respectfully submitted,

DATED: MARCH 1st, 2008

J. D. Harthcock

Jerry David Harthcock
704 Hyde Park Place
Austin, Texas 78748
(512) 772 4367
Proceeding *Sui Juris*

**CERTIFICATE OF SERVICE**

The undersigned certifies that no party has been served with this notice because no party other than the Plaintiff has made an appearance in this civil action

J. D. Harthcock

Jerry David Harthcock

# EXHIBIT 1

US007073048B2

(12) **United States Patent**
**Harthcock**

(10) **Patent No.: US 7,073,048 B2**
(45) **Date of Patent: Jul. 4, 2006**

(54) **CASCADED MICROCOMPUTER ARRAY AND METHOD**

(75) Inventor: **Jerry D. Harthcock**, Plano, TX (US)

(73) Assignee: **Silicon Lease, L.L.C.**, Dallas, TX (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 445 days.

(21) Appl. No.: **10/144,524**

(22) Filed: **May 13, 2002**

(65) **Prior Publication Data**

US 2003/0182534 A1 Sep. 25, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/355,142, filed on Feb. 4, 2002

(51) **Int. Cl.**
***G06F 15/16*** (2006.01)

(52) **U.S. Cl.** .......... **712/34**; 712/203

(58) **Field of Classification Search** .......... 712/34, 712/203, 206, 225
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,809,169 | A * | 2/1989 | Sfarti et al. | 712/20 |
| 4,994,902 | A * | 2/1991 | Okahashi et al. | 257/665 |
| 4,994,961 | A * | 2/1991 | MacGregor et al. | 710/110 |
| 5,430,885 | A * | 7/1995 | Kaneko et al. | 712/12 |
| 5,504,932 | A * | 4/1996 | Vassiliadis et al. | 712/208 |
| 5,909,565 | A * | 6/1999 | Morikawa et al. | 712/200 |
| 5,923,893 | A * | 7/1999 | Moyer et al. | 712/38 |
| 6,003,124 | A * | 12/1999 | Laborie | 712/34 |
| 6,154,857 | A | 11/2000 | Mann | 714/30 |
| 6,247,113 | B1 * | 6/2001 | Jaggar | 712/200 |
| 6,275,891 | B1 | 8/2001 | Dao et al. | 710/132 |
| 6,775,762 | B1 * | 8/2004 | Miyake et al. | 712/219 |

* cited by examiner

*Primary Examiner*—Eric Coleman
(74) *Attorney, Agent, or Firm*—Steven W. Smith

(57) **ABSTRACT**

A microcomputer array and method having a hyper-scalable, real-time monitoring and debug architecture in which several microcomputers are cascaded together into a single, more powerful unit. A cascaded instruction pipeline and related control circuitry allow a plurality of subprocessors or "proto-processors" to be cascaded with the instruction pipeline of a head processor or "nucleus processor" thereby creating an array of processors. The proto-processors may operate independently performing peripheral functions until a cascaded instruction takes priority and causes one or more proto-processors to perform the cascaded instruction and send the results to the nucleus processor. The processors may be microcomputers or Digital Signal Processors (DSPs).

**17 Claims, 11 Drawing Sheets**

